

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STEWART JORDAN,<br><br>Petitioner,<br><br>vs.<br><br>NEIL McDOWELL, WARDEN,<br><br>Respondent. | Case No. EDCV 15-1000-DDP (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation were filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing the First Amended Petition and the entire action without prejudice.

DATED: December 18, 2015

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE