

JS-6

FILED
CLERK, U.S. DISTRICT COURT

DEC 2 2 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STEWART JORDAN,<br><br>Petitioner,<br><br>vs.<br><br>NEIL McDOWELL, WARDEN,<br><br>Respondent. | Case No. EDCV 15-1000-DDP (KES)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition and the entire action are dismissed without prejudice.

DATED: December 18, 2015

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1